■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE P. LABREW, on Behalf of QUAMARI MCALLISTER, Petitioner, v ERIC GONZALEZ et al., Respondents. [41 NYS3d 434]—Writ of habeas corpus in the nature of an application for bail reduction upon Kings County indictment No. 6013/15.

Adjudged that the writ is sustained, without costs or disbursements, and bail on Kings County indictment No. 6013/15 is reduced to the sum of $500,000 which may be posted in the form of an insurance company bail bond in that sum or by depositing the sum of $200,000 as a cash bail alternative; and it is further,

Ordered that upon receipt of a copy of this decision, order and judgment together with proof that the defendant has given an insurance company bail bond in the amount of $500,000 or has deposited the sum of $200,000 as a cash bail alternative, the Warden of the facility at which the defendant is incarcerated, or his or her agent, is directed to immediately release the defendant. Chambers, J.P., Roman, Miller and Barros, JJ., concur.